UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                              No. C 12-287 SI (pr)

ROSE WATSON,                            **ORDER OF DISMISSAL**

           Plaintiff.

_____ /

      This action was opened when the court received from plaintiff a letter in which she complained about some of the conditions at the prison at which she was incarcerated. In an effort to protect her rights, it was filed as a new action. Plaintiff was informed that she had not filed a complaint, and was given thirty days to do so. She also was sent a notice that she had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given thirty days to either pay the fee or file the application. A copy of the court's form *in forma pauperis* application was provided with the notice, along with a return envelope. Plaintiff did not respond to either notice. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

      IT IS SO ORDERED.

Dated: May 2, 2012                                         _____
                                                                          SUSAN ILLSTON
                                                                  United States District Judge