UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 12-287 SI (pr) |
| ROSE WATSON, | **JUDGMENT** |
|     Plaintiff. | |
| _____ / | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 2, 2012

SUSAN ILLSTON
United States District Judge